IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| TRUSTEES OF THE ESTATE OF BERNICE PAUAHI BISHOP, | ) ) ) | CIVIL 09-00351-DAE-BMK |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| ISLAND CEMENT, LLC., et al., | ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on December 16, 2010, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS AND RECOMMENDATION THAT PLAINTIFF'S PETITION FOR DETERMINATION OF GOOD FAITH SETTLEMENT BE GRANTED" are adopted as the opinion and order of this Court (Doc. # 87).

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, January 3, 2011.



_____
David Alan Ezra
United States District Judge

<u>J. Alan Kugle, et al., vs. Island Cement, LCC, et al.</u>, Civil No. 09-00351 DAE-BMK; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION