IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TRUSTEES OF THE ESTATE OF BERNICE PAUAHI BISHOP,<br><br>Plaintiff,<br><br>vs.<br><br>ISLAND CEMENT, LLC, ET AL.,<br><br>Defendants.<br>_____ | CIVIL NO. 09-00351 JMS/BMK |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on November 14, 2012, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendations Granting Plaintiffs' Motion For (1) Award Of Damages And (2) Entry of Default Judgment Against Defendants Island Cement LLC, Charles Lee Harlan, And Rose Marie Harlan, Filed on July 6, 2012" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, December 21, 2012.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge