IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

TRUSTEES OF THE ESTATE OF              )          CIVIL NO. 09-00351 JMS/BMK
BERNICE PAUAHI BISHOP,                 )
                                       )
          Plaintiff,                   )
                                       )
     vs.                               )
                                       )
ISLAND CEMENT, LLC, ET AL.,            )
                                       )
          Defendants.                  )
_____       )

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on

November 14, 2012, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that,  pursuant to Title 28, United

States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and

Recommendations Granting Plaintiffs' Motion For (1) Award Of Damages And (2) Entry

of Default Judgment Against Defendants Island Cement LLC, Charles Lee Harlan, And

Rose Marie Harlan, Filed on July 6, 2012" are adopted as the opinion and order of this

Court.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, December 21, 2012.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge